IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VIOLET GOODWIN, | ) | 8:09CV205 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OMAHA HOUSING AUTHORITY, | ) | |
| REGGIE JOHNSON, ANDRIAS | ) | |
| BELLE, and BESS EBO, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On August 17, 2009, the court conducted a detailed initial review and permitted Plaintiff an opportunity to amend her Complaint in order to clearly state a claim upon which relief may be granted against Defendants. (Filing No. 6.) In particular, Plaintiff was given leave to properly allege a due process claim and a Privacy Act claim against the Omaha Housing Authority, and to properly state a claim against any other Defendant for violation of Title VII. (*Id.* at CM/ECF pp. 2-6.)

Plaintiff filed an Amended Complaint on September 2, 2009. (Filing No. 7.) After reviewing the Amended Complaint, the court finds that Plaintiff has complied with its August 17, 2009, Memorandum and Order with respect to her Title VII claim and that service on Defendants is warranted on that claim only. For the reasons set forth in the August 17, 2009, Memorandum and Order, Plaintiff has failed to state a claim upon which relief may be granted as to her due process claim and her Privacy Act claim and those claims are dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1.     To obtain service of process on Defendants, Plaintiff must complete and

return the summons forms which the Clerk of the court will provide. The Clerk of the court shall send FOUR (4) summons forms and FOUR (4) USM-285 forms to Plaintiff together with a copy of this Memorandum and Order. Plaintiff shall, as soon as possible, complete the forms and send the completed forms back to the Clerk of the court. In the absence of the forms, service of process cannot occur.

2. Upon receipt of the completed forms, the Clerk of the court will sign the summons form, to be forwarded with a copy of the Amended Complaint to the U.S. Marshal for service of process. The Marshal shall serve the summons and Amended Complaint without payment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the Marshal. The Clerk of the court will copy the Amended Complaint, and Plaintiff does not need to do so.

3. Fed. R. Civ. Pro. 4 requires service of the complaint on a defendant within 120 days of filing the complaint. However, because in this order Plaintiff is informed for the first time of these requirements, Plaintiff is granted, on the court's own motion, an extension of time until 120 days from the date of this order to complete service of process.

4. Plaintiff is hereby notified that failure to obtain service of process on a defendant within 120 days of the date of this order may result in dismissal of this matter without further notice as to such defendant. A defendant has twenty (20) days after receipt of the summons to answer or otherwise respond to a complaint.

5. The Clerk of Court is directed to set a pro se case management deadline in this case with the following text: "**February 12, 2010:** Check for completion of service of summons."

6. The parties are bound by the Federal Rules of Civil Procedure and by the

2

Local Rules of this court. Plaintiff shall keep the court informed of her current address at all times while this case is pending. Failure to do so may result in dismissal.

7. Plaintiff's due process claim and Privacy Act claim, as detailed in the court's August 17, 2009, Memorandum and Order, are dismissed without prejudice as against all Defendants.

October 15, 2009.    BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge